## Commonwealth v. Hill, Appellant.

Submitted March 21, 1972. *Andrea Levin* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order vacated and record remanded with directions that appellant be given one year, two months and two days credit toward the one to three year sentence imposed on bill No. 587, December Term, 1955.

WRIGHT, P. J., dissents.

## Commonwealth v. Hunter, Appellant.

Submitted March 20, 1972. *John L. Rolfe* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *William P. Boland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.